UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP,<br><br>           Plaintiff,<br><br>      v.<br><br>BRIAN DUFFY, et al.,<br><br>           Defendants. | No. 2: 15-cv-2466 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to stay this action.  (ECF No. 18.)

On March 4, 2016, the court ordered the U.S. Marshal to serve the original complaint on defendants.  (ECF No. 15.)  Federal Rule of Civil Procedure 15 provides that a party may amend their complaint once as a matter of course a) within 21 days after serving it, or b) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e) or (f).  Fed. R. Civ. P. 15(a).

In the pending motion, plaintiff requests that this action be stayed for 90 days so that he may file a motion to amend as a matter of course.  In essence, plaintiff requests that the court rescind the order to the U.S. Marshal to serve the complaint.  Plaintiff alleges that if defendants "suddenly" respond, he may not have sufficient time to prepare an amended complaint during the

1

time allowed to file amended complaints as a matter of course under Rule 15.

The undersigned is aware of no authority allowing the court to stay actions in order to permit a party to circumvent the deadlines set in Rule 15 for filing amended complaints as a matter of course. On these grounds, IT IS HEREBY ORDERED that plaintiff's motion to stay this action (ECF No. 18) is denied.

Dated: April 28, 2016

_/ Kendall J. Newman /_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cr2466.den