UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP, | No. 2: 15-cv-2466 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN DUFFY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is referred to the Post-Screening Alternative Dispute Resolution ("ADR") Project. (ECF No. 25.) This action is set for a settlement conference before the undersigned on November 10, 2016. (ECF No. 33.)

On July 5, 2016, plaintiff filed a motion to lodge records in support of the ADR program. (ECF No. 30.) Plaintiff is not required to file exhibits prior to the settlement conference. For that reason, the exhibits attached to plaintiff's July 5, 2016 motion are disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to lodge exhibits (ECF No. 30) is denied; the exhibits attached to plaintiff's motion are disregarded.

Dated: August 15, 2016

Cr2466.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE