UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP, | No. 2: 15-cv-2466 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN DUFFY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 1, 2016, the undersigned referred this action to the Post-Screening Alternative Dispute Resolution ("ADR") Project, and stayed this action for 90 days.  (ECF No. 25.)  This action is set for a settlement conference before the undersigned on November 10, 2016.  (ECF No. 33.)

This action is proceeding on the original complaint against defendants Warden Duffy and Chief Medical Officer Clark.  Plaintiff alleges that on October 12, 2015, he was assaulted by inmate Weber.  Plaintiff alleges that prior to the assault, inmate Weber had mental health problems that involved acting aggressively.  Plaintiff alleges that due to understaffing, inmate Weber had not been properly monitored.  Plaintiff alleges that inadequate staffing caused the attack by inmate Weber.

////

1

Pending before the court is plaintiff's August 12, 2016 motion for a temporary restraining order. (ECF No. 34.) In this motion, plaintiff requests that prison officials be barred from removing exhibits and legal documents from his legal materials. The undersigned construes plaintiff's motion for injunctive relief as a motion for a protective order. Clearly, plaintiff's motion does not seek dispositive relief on the merits of the complaint. The motion instead addresses procedures that the parties must utilize in litigating the case. See United States v. Flaherty, 668 F.2d 566, 586 (1st Cir. 1981).

Plaintiff does not appear to claim that any of his legal materials have been recently confiscated. Instead, plaintiff has provided administrative grievances submitted by plaintiff in 2014 and early 2015 alleging mishandling of administrative grievances and other legal documents belonging to plaintiff. Because plaintiff has provided no evidence that prison officials have recently confiscated his legal materials, or will do so in the near future, plaintiff's motion for a protective order is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a temporary restraining order (ECF No. 34), construed as a motion for a protective order, is denied.

Dated: August 31, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cr2466.tro

2