UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP, | No. 2:15-cv-2466 KJN P |
| Plaintiff, | |
| v. | ORDER TO FACILITATE TELEPHONE CALL |
| BRIAN DUFFY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Communication between the court and inmate Obie Lee Crisp, CDCR # AL-6821, is required prior to the settlement conference set before Magistrate Judge Kendall J. Newman on November 10, 2016. By this order, the court directs the Warden and the correctional staff at California Health Care Facility (CHCF) to facilitate a confidential telephone call between court representatives Brittiany Bearden & Katelyn Greene and inmate Obie Lee Crisp.

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at CHCF, shall facilitate a confidential telephone call between Obie Lee Crisp and court representatives Brittiany Bearden & Katelyn Greene.
2. The confidential telephone call shall be placed on Tuesday, November 8, 2016, to

1

begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Ms. Bearden & Ms. Greene at (916) 739-7263.

3. The telephone conversation shall be a confidential communication between court representatives and inmate Obie Lee Crisp and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Crisp under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of CHCF, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (209) 467-2676 and email on the Warden and litigation coordinator at CHCF.

IT IS SO ORDERED.

Dated:  November 7, 2016

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2