UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DUFFY, et al.,<br><br>Defendants. | No. 2:15-cv-2466 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On November 10, 2016, the parties settled this action during a settlement conference before the undersigned. At that time, the undersigned explained to plaintiff that the settlement proceeds could be delayed up to six months from the date the written stipulation is executed. The parties filed the stipulation for voluntary dismissal on November 17, 2016. On April 12, 2017, plaintiff filed a request stating that his settlement proceeds were due in 90 days, but "has now been extended to nearly 6 months, please intervene." (ECF No. 46.) Six months from the filing of the written stipulation has not yet run. Therefore, plaintiff's request is premature. However, if plaintiff is not paid on or before May 17, 2017, defendants' counsel is directed to file a status report advising the status of the payment of settlement proceeds in this case. No response by plaintiff is required.

IT IS SO ORDERED.

Dated: April 17, 2017

cris2466.set.fb

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1